**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN RE: Duane Messer and Kimberly Messer-Kane     CASE NO: GG09-09563
                                                                          Date Filed: 8/12/09
                       Debtor(s)                        Chapter 13
_____/     Hon: James D Gregg

**THIRD POST CONFIRMATION**
**CHAPTER 13 PLAN AMENDMENT**

       NOW COMES the above entitled Debtors, Duane Messer and Kimberly Messer-Kane , by and through their Attorney, John W. Raven, and hereby amends their Chapter 13 Plan as follows:

       The Debtors' First Pre Confirmation Plan amendment is hereby rescinded.  The amendment was to increase Plan payments upon completion of Duane Messer's 401k loan in November 2012.  However, Mr. Messer's income has since been decreased.  Therefore, effective immediately, the Debtors' Plan payments shall be decreased to $920.00 per month or $212.31 weekly.  In addition, the Debtors are now divorced and maintaining separate residence. An Amended Schedule I and J is attached in support.  The Debtors believe this will allow the case to be complete with in the 60 months.

       In all other respects, the original petition and Plan and all amendments to the Plan are incorporated herein by reference.


Dated:                                        */s/ Kimberly Messer-Kane*
                                              Kimberly Messer-Kane       Debtor


                                              */s/ Duane Messer*
                                              Duane Messer                   Debtor


Dated:                                        */s/ John W Raven*
                                              John W. Raven               P26896
                                              Attorney for Debtors
                                              PO Box 303
                                              Greenville MI 48838
                                              Telephone:     616/754-9151
                                              Fax:               616/754-0400
                                              E-mail: john@ravenlaw.us

**B6I (Official Form 6I) (12/07)**

*Amended*

In re  Duane Roger Messer & Kimberly Sue Messer                              Case  09-09563
      **Debtor**                                                                                                   **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: Separated | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): son | AGE(S): 10 |

| **Employment:** | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Supervisor | Clerk |
| Name of Employer | Delfield | Steeplechase Tool & Die |
| How long employed | 18 years | 6 years |
| Address of Employer | 980 S. Isabella Road | 9307 M-46 |
| | Mt. Pleasant, MI 48858 | Lakeview, MI 48850 |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 3,038.53 | $ 2,918.41 |
| 2. Estimated monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 3,038.53 | $ 2,918.41 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and social security | $ 631.41 | $ 443.90 |
|    b. Insurance | $ 226.28 | $ 0.00 |
|    c. Union Dues | $ 0.00 | $ 0.00 |
|    d. Other (Specify: (D)401K loan; 401K payment, United Way  (S)401k loan ) | $ 403.73 | $ 93.94 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 1,261.42 | $ 537.84 |
| 6.. TOTAL NET MONTHLY TAKE HOME PAY | $ 1,777.11 | $ 2,380.57 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance ( Specify) _____ | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income _____ (Specify) _____ | $ 0.00 $ 0.00 | $ 0.00 $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on Lines 6 and 14) | $ 1,777.11 | $ 2,380.57 |
| 16. COMBINED AVERAGE MONTHLY INCOME (Combine column totals from line 15) | | $ 4,157.68 |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   None

In re __Duane Roger Messer & Kimberly Sue Messer__          Case No. __09-09563__
                                   Debtor                                                          (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

      Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☑   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)                                    $    400.00
    a. Are real estate taxes included?          Yes _____ No ___✓___
    b. Is property insurance included?          Yes _____ No ___✓___
2. Utilities: a. Electricity and heating fuel                                                                       $    140.00
         b. Water and sewer                     $    0.00
         c. Telephone             $    50.00
         d. Other Cable TV             $    75.00
3. Home maintenance (repairs and upkeep)         $    0.00
4. Food         $    250.00
5. Clothing         $    25.00
6. Laundry and dry cleaning         $    25.00
7. Medical and dental expenses         $    75.00
8. Transportation (not including car payments)         $    275.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.         $    0.00
10. Charitable contributions         $    0.00
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's         $    55.00
    b. Life         $    10.00
    c. Health         $    0.00
    d. Auto         $    100.00
    e. Other         $    0.00
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) __property tax__         $    100.00
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto         $    235.00
    b. Other         $    0.00
    c. Other __1/2 braces__         $    50.00
14. Alimony, maintenance, and support paid to others         $    0.00
15. Payments for support of additional dependents not living at your home         $    0.00
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)         $    0.00
17. Other         $    0.00
18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,         $    1,865.00
if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I   (Includes spouse income of $2,380.57. See Schedule I)   $    4,157.68
    b. Average monthly expenses from Line 18 above   (Includes spouse's separate expenditures of $1,372.68. See pg 2)   $    3,237.68
    c. Monthly net income (a. minus b.)   (Net includes Debtor/Spouse combined Amounts)   $    920.00

*AMENDED*

In re __Duane Roger Messer & Kimberly Sue Messer__   Case No. __09-09563__
           **Debtor**                                              **(if known)**

**AMENDED**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### SPOUSE

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☑ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 0.00 |
|    a. Are real estate taxes included?   Yes __✓__  No _____ | |
|    b. Is property insurance included?   Yes __✓__  No _____ | |
| 2. Utilities: a. Electricity and heating fuel | $ 140.00 |
|    b. Water and sewer | $ 0.00 |
|    c. Telephone | $ 50.00 |
|    d. Other  cable & internet | $ 85.00 |
| 3. Home maintenance (repairs and upkeep) | $ 25.00 |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 25.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 75.00 |
| 8. Transportation (not including car payments) | $ 275.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 0.00 |
|    b. Life | $ 0.00 |
|    c. Health | $ 0.00 |
|    d. Auto | $ 100.00 |
|    e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 176.12 |
|    b. Other | $ 0.00 |
|    c. Other  1/2 braces | $ 50.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  child care | $ 71.56 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data) | $ 1,372.68 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
    None
    _____
    _____

20. STATEMENT OF MONTHLY NET INCOME
    a. Average monthly income from Line 15 of Schedule I   (For totals, see Debtor's Schedule J)   $ ~~see pg. 1~~
    b. Average monthly expenses from Line 18 above        (For totals, see Debtor's Schedule J)   $ ~~see pg. 1~~
    c. Monthly net income (a. minus b.)                   (For totals, see Debtor's Schedule J)   $ ~~see pg. 1~~